IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVEN W. SHORT,

    Plaintiff,

v.                                              Case No. 3:24-cv-502-AW-HTC

JOSEPH A. ALLDREDGE,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The magistrate judge recommends that the court dismiss this action as frivolous. ECF No. 5. There has been no objection to the report and recommendation. Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order.

The clerk will enter a judgment that says, "This case is dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B)." The pending motions (ECF Nos. 8, 13) are DENIED as moot. The clerk will close the file.

SO ORDERED on November 14, 2024.

                                                   s/ *Allen Winsor*
                                                 United States District Judge